UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61230-CIV-SMITH

XYZ CORPORATION,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 28]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED without prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 27th day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record